AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 15-MJ-2192-MBB |
|  | ) |
| Alex Levin | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2015** in the county of **Norfolk** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the Affidavit of Federal Bureau of Investigation Task Force Officer Michael Sullivan, which is attached and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL SULLIVAN, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/12/2015

*Judge's signature*

City and state: Boston, Massachausetts

MARIANNE B. BOWLER, U.S. Magistrate Judge
*Printed name and title*